UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH DARNELL FAIR<br><br>                    Plaintiff,<br><br>         -against-<br><br>JANET YELLEN, ET AL<br><br>                    Defendants. | 22-CV-9255 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 7, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 7, 2022
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge